UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.  1:09cr158-WS

EDMOND HUDMOND SMITH, IV,  1:10cv703-WS/WCS
a/k/a "Eddie,"

      Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 134) docketed January 28, 2013.  The magistrate judge recommends that the defendant's motion for extension of time (doc. 133) be denied.  The defendant has filed objections (doc. 133) to the report and recommendation.

Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 134) is adopted and incorporated by reference in this order of the court.

2. The defendant's motion for extension of time (doc. 133) is DENIED.

3. A certificate of appealability shall not issue.

DONE AND ORDERED this   7th   day of   May  , 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE